COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| RAIN ILLARRAMENDI, | § | No. 08-14-00057-CV |
| Appellant, | § | Appeal from the |
| v. | § | 243rd Judicial District Court |
| | § | |
| ECHOSTAR, ECHOSPHERE, L.L.C., | | of El Paso County, Texas |
| ECHOSTAR TECHNOLOGIES L.L.C., | § | |
| ECHOSTAR SATELLITE L.L.C. | | (TC# 2010-2007) |
| N/K/A DISH NETWORK L.L.C., AND | § | |
| DISH NETWORK SERVICES L.L.C. | | |
| | § | |
| Appellees. | | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the agreed motion to dismiss appeal and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. Costs of the appeal are taxed against the party incurring them. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF OCTOBER, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Barajas, C.J. (Senior Judge)
Barajas, C.J. (Senior Judge, sitting by assignment)